DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ABRAHAM SIMMONS, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0788

————————————————

January 2, 2026

Appeal from the Circuit Court for Sarasota County; Thomas W. Krug, Judge.

Abraham Simmons, Jr., pro se.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.